# United States Court of Appeals for the Federal Circuit

December 4, 2019

**ERRATA**

Appeal No. 2018-2398

**DIANE S. BLODGETT, TOM LINGENFELTER,**
*Plaintiffs-Appellants*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

Decided:  December 3, 2019
Non-Precedential Opinion

Please make the following changes:

On page 2, line 17, remove "[SA 1, 5]"